JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RAILS INTERNATIONAL, LLC, | Case No. 2:21-cv-05151-RSWL-RAOx |
|---|---|
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| AT LAST SPORTSWEAR, INC., LESLIE BYRON and DOES 1-10, | |
| Defendants. | |

## [~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

FOR GOOD CAUSE AND AS STIPULATED BY THE PARTIES, IT IS HEREBY ORDERED AS FOLLOWS:

1. this action is dismissed in its entirety with prejudice; and
2. the parties shall bear their respective costs and attorneys' fees incurred in connection therewith.

**SO ORDERED**.

Dated: June 24, 2022          By: /S/ RONALD S.W. LEW
                                    Ronald S. W. Lew
                                    United States District Court Judge

1
[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 2:21-CV-05151-RSWL-RAO